AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

United States District Court
Southern District of Texas
FILED

SEP - 1 2016

David J. Bradley, Clerk

SOUTHERN        DISTRICT OF        TEXAS

UNITED STATES OF AMERICA
V.
Vanessa RIOS, YOB: 1987 USC

**CRIMINAL COMPLAINT**

CASE NUMBER: M-16-1606-M-02

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___8/27/2016___ in ___Hidalgo___ county, in the ___Southern___ District of ___Texas___ defendant(s) did, (Track Statutory Language of Offense)

Knowingly and Intentionally Conspire to possess with Intent to Distribute more than five (5) kilograms of Cocaine, a Schedule II Controlled Substance

in violation of Title ___21___ United States Code, Section(s) ___846___

I further state that I am a(n) ___DEA Special Agent___ and that this complaint is based on the following facts: See Attachment "A".

Continued on the attached sheet and made a part of hereof:    X Yes    No

Signature of Complainant
Reinaldo Mercado, DEA Special Agent

approved by JOST

Sworn to before me and subscribed in my presence,

September 1, 2016    9:00 am    At    McAllen, Texas
Date                                           City and State

Dorina Ramos, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

**ATTACHMENT A**

On August 27, 2016, the San Juan Police Department received a 911 call related to an accident located at Moore Road and South Stewart Road, San Juan, Texas. Upon arrival, San Juan Officer Salvador Hernandez and USBP Agent Gilbert Barron noticed that the vehicle had struck a tree and was left abandoned. A search of the vehicle revealed bundles believed to be cocaine wrapped in black and gray tape. The bundles were later taken to the McAllen D.O. and field tested. The bundles tested positive for cocaine and had an approximate weight of 49.08 kilograms.

On August 31, 2016, based on previous information provided to DEA Agents, DEA Agents interviewed Hugo DE HOYOS at the DEA Office. While at the DEA Office DE HOYOS was advised of his Miranda warning rights and agreed to make a statement. DE HOYOS confessed to agents that he had repackaged some of the bundles prior to transport and had hired a driver to transport the bundles recovered from the accident in San Juan, Texas. ~~DE HOYOS advised that he.~~ DE HOYOS stated he had bundles of cocaine at his residence located on Pecina Street and South Cesar Chavez in San Juan, Texas.

On that same date, Agents from the McAllen D.O. Group D-84 obtained consent from DE HOYOS and went to DE HOYOS residence resulting in the seizure of fifteen (15) bundles in the rear area of the property. The bundles had a total weight of approximately 18.3 kilograms and field tested positive for the presence of cocaine.

After the seizure, agents interview Vanessa RIOS. RIOS was advised of her Miranda Warnings and agreed to answer questions. In summary, RIOS stated DE HOYOS was at the residence up all night. Late at night, RIOS observed DE HOYOS was packaging bundles in the rear part of the property. DE HOYOS told RIOS that he had to complete this by the following morning (August 27, 2016). RIOS stated that most of the bundles were wrapped by DE HOYOS. RIOS stated she help DE HOYOS wrap approximately five (5) remaining bundles of cocaine.